IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
TEXARKANA DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | Case No. 4:21CR40018-001 |
| | ) | |
| MICHAEL RAY BEAM | ) | |

**ORDER**

Upon the United States' Unopposed Motion for a Protective Order pursuant to Federal Rule of Criminal Procedure 16(d)(1), and for good cause shown, it is hereby ORDERED that the Motion is GRANTED, and the following conditions shall apply to discovery in this case:

1. Copies of the following non-contraband discovery materials may be provided to the Defendant's attorney(s) of record, but shall only be reviewed by (i) the Defendant's attorney(s) of record, (ii) employees of the Defendant's attorney(s) of record, and (iii) any experts or investigators assisting in the preparation, trial, direct appeal (if any), and collateral attack (if any) of this matter:

    a.  Images showing the faces of the two (2) minor victims named in the Sealed Indictment (not including contraband images);

    b.  Videos of forensic interviews of six (6) minor victims, including those named in the Sealed Indictment and others;

    c.  Screen-shots documenting certain electronic funds transfer transactions conducted via the "Cash App" online service; and

    d.  Non-contraband portions of any materials obtained via search warrants executed on the Defendant's social media and online accounts, to include "Cash App."

2. Neither the Defendant himself nor any other individual not listed above shall be allowed to access or view any portion of the above-listed materials without agreement by the United States or further order of this Court.

3. The Defendant, through his attorney(s) of record, shall use the above-listed materials and their contents solely for the preparation, trial, direct appeal (if any), and collateral attack (if any) of this matter and for no other purpose whatsoever. No additional copies of the above-listed materials, or any portion thereof, shall be made, except as necessary for those purposes.

4. Before first disclosing any portion of the above-listed discovery materials or their contents to any of the individuals authorized above, the Defendant, through his attorney(s) of record, must provide each such individual a copy of this Order, and each shall execute an agreement stating the following:

> "I hereby acknowledge that I, [name, position of employment], am about to receive information protected by the attached Court Order entered in the case of United States v. Michael Ray Beam, Case No. 4:21CR40018-001. I certify my understanding that such information is to be provided to me pursuant to the terms and restrictions of this Court Order. I have been given a copy of and have read this Court Order and agree to be bound by its terms. I agree to submit to the jurisdiction of the United States District Court for the Western District of Arkansas for the sole purpose of having the terms of this Court Order enforced."

The original of each such executed agreement, as well as records showing which of the above-listed materials are accessed or viewed, and by whom, shall be retained by the Defendant's attorney(s) of record until such time as all appeals in this matter are concluded.

5. Should the Defendant's attorney(s) of record wish to include any portion of the above-listed discovery materials, or their contents, in a pleading or other court filing, that document shall be filed under seal.

6.  The Defendant and his attorney(s) of record shall treat personal identifying information, such as dates of birth, found in *any* discovery provided by the United States in this matter, including any materials produced before the date of this Order, as "constructively redacted," and shall not use or disseminate such information without agreement from the government or approval from the Court.

7.  This Order also applies to any person to whom the Defendant's attorney(s) of record disclose any discovery provided by the United States in this matter, as well as to any and all attorneys and agents of such individuals.

SO ORDERED this 17th day of November, 2021.

/s/ Susan O. Hickey_____
Susan O. Hickey
Chief United States District Judge